RECEIVED
IN MONROE, LA

AUG 0 8 2006


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

QUINCY LOYD

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL ACTION NO. 3:06CV511
JUDGE JAMES
MAG. JUDGE HAYES

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Monroe, Louisiana, this 8 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE